UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA NOCHIMSON, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,<br><br>         Plaintiff,<br>-v-<br><br>OASIS LUXE MANAGEMENT & CO. INC. and MICHAEL G. MEMON,<br><br>         Defendants. | CIVIL ACTION NO.: 22 Civ. 7197 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On August 24, 2022, Plaintiff filed the complaint. (ECF No. 9 (the "Complaint")). On August 30, 2022, Plaintiff served Defendant Oasis Luxe Management & Co. Inc. ("Oasis") by delivering the Summons and Complaint on an authorized agent in the Office of the Secretary of State of the State of New York. (ECF No. 11). To date, Oasis has not answered, moved, or otherwise responded to the Complaint. In addition, Plaintiff has not filed proof of service of the Summons and Complaint on Defendant Michael G. Memon ("Mr. Memon").

Accordingly, by **Thursday, October 13, 2022**, Plaintiff shall file a status letter advising the Court of (i) the status of service on Mr. Memon, and (ii) any communications she may have had with Defendant Oasis Luxe Management & Co. Inc. since effecting service.

Dated:  New York, New York    SO ORDERED.
     October 7, 2022

                       */s/ Sarah L. Cave*
                        **SARAH L. CAVE**
                        **United States Magistrate Judge**