# AFFIDAVIT OF NON SERVICE

Client's File No.: nochimson vs.

US DISTRICT COURT : SOUTHERN DISTRICT

INDEX NO.: 1:22-CV-07197
COUNTY OF SOUTHERN



DEBRA NOCHIMSON, on behalf of herself and others similarly situated in the proposed FLSA Collective Action

*Plaintiff*

vs

OASIS LUXE MANAGEMENT & CO. INC., AND MICHAEL G. MEMON

*Defendant*

STATE OF NEW YORK , COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New Jersey. That on the following date: 11/29/2022 , at the following time: 4:36 PM , at 25 PARK ROW, # 10B, NEW YORK, NY 10038 , deponent attempted to serve the within SUMMONS IN A CIVIL ACTION AND COMPLAINT upon MICHAEL G. MEMON the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at 25 PARK ROW, # 10B, NEW YORK, NY 10038 deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] house/building vacant
- [ ] moved, left no forwarding
- [ ] address does not exist
- [ ] evading
- [ ] service canceled by litigant
- [ ] unable to serve in timely fashion
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: PER DOORMAN THIS INDIVIDUAL MOVED FROM THIS LOCATION OVER TWO MONTHS AGO.

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|---|---|---|
| 11/29/2022 | 4:36 PM | 25 PARK ROW, # 10B, NEW YORK, NY 10038 |

Sworn to before me on 12/12/2022

*DIANNE GONZALEZ* (signature)
NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

JOHN L. HUDAK (signature)
DCA License # 1392295

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*