UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA NOCHIMSON, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,

                                 Plaintiff,

-v-

OASIS LUXE MANAGEMENT & CO. INC. and MICHAEL G. MEMON,

                                 Defendants.

CIVIL ACTION NO.: 22 Civ. 7197 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 27, 2023, the Court granted Plaintiff Debra Nochimson's ("Ms. Nochimson") letter-motion requesting permission to serve Defendant Michael G. Memon by alternative methods (i.e., delivering the Summons and Complaint to his counsel of record, Sullivan & Worcester LLP ("Sullivan")). (ECF No. 25 (the "Jan. 27 Order")). On February 17, 2023, a process server delivered the Summons and Complaint to Sullivan. (ECF No. 26). On February 21, 2023, Sullivan filed a letter-motion requesting that the Court rescind the Jan. 27 Order and "rescind any authorization to serve defendants via [Sullivan]." (Id. (the "Letter-Motion")). By **Monday, February 27, 2023**, Ms. Nochimson shall file a response to the Letter-Motion.

Dated:      New York, New York
             February 22, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge