UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA NOCHIMSON, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,

                Plaintiff,

-v-

OASIS LUXE MANAGEMENT & CO. INC. and MICHAEL G. MEMON,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 7197 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 8, 2023, the Court directed Plaintiff Debra Nochimson ("Ms. Nochimson") to either (i) show cause, by affidavit or declaration, why this case should not be dismissed under Rule 4(m) of the Federal Rules of Civil Procedure or Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute as to Defendant Michael G. Memon ("Mr. Memon"), or (ii) file a stipulation of voluntary dismissal as to Mr. Memon.  (ECF No. 32 at 4 (the "Mar. 8 Order")).  To date, Ms. Nochimson has not complied with the Mar. 8 Order.  Accordingly, by **Friday, March 17, 2023**, Ms. Nochimson shall comply with the Mar. 8 Order.  Ms. Nochimson is warned that failure to comply with the Mar. 8 Order may result in dismissal of this action as to Mr. Memon.

Dated:     New York, New York         SO ORDERED.
           March 16, 2023

_____
SARAH L. CAVE
United States Magistrate Judge