UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA NOCHIMSON, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,

                    Plaintiff,

-v-

OASIS LUXE MANAGEMENT & CO. INC. and MICHAEL G. MEMON,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 7197 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 38 is GRANTED. By **May 17, 2023**, Plaintiff shall either (i) serve Defendant Michael G. Memon ("Mr. Memon") at the newly-obtained address in Florida, or (ii) file a stipulation of voluntary dismissal as to Mr. Memon.

The Clerk of Court is respectfully directed to close ECF No. 38.

Dated:     New York, New York
           April 18, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge