UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA NOCHIMSON, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,

       Plaintiff,

-v-

OASIS LUXE MANAGEMENT & CO. INC. and MICHAEL G. MEMON,

       Defendants.

CIVIL ACTION NO.: 22 Civ. 7197 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 43 is GRANTED IN PART and DENIED IN PART. By **June 9, 2023**, Plaintiff shall either (i) serve Defendant Michael G. Memon ("Mr. Memon") or (ii) file a stipulation of voluntary dismissal as to Mr. Memon. Plaintiff should not expect an additional extension absent extraordinary cause.

The Clerk of Court is respectfully directed to close ECF No. 43.

Dated:  New York, New York    SO ORDERED.
     May 17, 2023

                   _____
                   SARAH L. CAVE
                   United States Magistrate Judge